IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

RECEIVED
CLERK'S OFFICE
2015 JAN 30 AM 8:27
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Gary Lamar McCall Jr 728670
_____
_____
(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

Plaintiff(s)

VS.

CIVIL ACTION NO. 7:15-cv-12

Georgia Department of corrections,
Marty C. Allen (The
warden of Valdosta
State Prison)
(NAME OF EACH DEFENDANT)

Defendant(s)

## I. GENERAL INFORMATION

1. Your full name and prison number Gary Lamar McCall Jr 728670

2. Name and location of prison where you are now confined Valdosta State Prison P.O. Box 310 Valdosta, Ga. 31603

3. Sentence you are now serving (how long?) 10 years

    (a) What were you convicted of? armed robbery

    (b) Name and location of court which imposed sentence Fulton County Superior Court, Atlanta, Ga.

    (c) When was sentence imposed? 2010

    (d) Did you appeal your sentence and/or conviction? ☐ Yes ☒ No

    (e) What was the result of your appeal? _____

    (f) Approximate date your sentence will be completed 08/12/2020

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☑ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

   (b) Name of Court: _____
   (c) Docket Number: _____   When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending   ☐ Yes   ☐ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   _____

## III. PRESENT CONFINEMENT

6. Where are you <u>now</u> confined? **Valdosta State Prison**

   (a) How long have you been at this institution? **04/05/13**
   (b) Does this institution have a grievance procedure?   ☑ Yes   ☐ No
   (c) If your answer to question 6(b) is "Yes," answer the following:

       (1) Did you present your complaint(s) herein to the institution as a grievance?
           ☑ Yes   ☐ No

       (2) What was the result? **It was denied**

       _____

   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

   **In 2013 I spoke with the warden & my mentalhealth doctor... Dr. Harris; I also wrote inmates affairs, the GBI, and the Ga. house of representatives.**

7. In what other institutions have you been confined? Give dates of entry and exit.

Smith S.P. (2012)
G.S.P. (2012-2015)
Autry S.P. (2013)

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Gary Lamar McGill Jr (GDC #) 728670
Valdosta State Prison, P.O. Box 310 Valdosta, Ga. 31603

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Department of Corrections (Georgia) over all prisons in Georgia... 2 Martin Luther King Jr. Drive, S.E. Atlanta, Ga. 30334
Marty C. Allen, The Warden of Valdosta State Prison, P.O. Box 310 Valdosta, Ga. 31603

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.
    Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur? That is, at what institution or institutions? Valdosta State Prison

When do you allege this incident took place? 06/12/13 — 07/05/13

What happened? On 06/12/13, while working my assigned detail as an orderly in (K-2 Lockdown) the special management unit at the Valdosta State Prison I was attacked and stabbed 13 times in the Head, Face, and Back by an inmate who at the time was suppose to be locked and secured in the law library cage for a reference library call out. At the time of the attack there were no officers present in the dorm (K-2), not even Sgt Smith or COI Pope, who were the assigned floor officers... For about 3 minutes I struggled with the inmate as he continuously stabbed me with a (metal) homemade weapon. When Sgt Lamons and another officer entered the dorm and witnessed what was taking place; Sgt Lamons and the officer stood about 15 to 20 feet away yelling "Inmate stop" "Inmate drop the weapon" "Inmate get on the floor" for about 2 minutes, at no time did Sgt Lamons nor the officer try to physically restrain the inmate... After being handcuffed I was taken to medical where I was treated by RN's Fraizer and Stevenson. I then spoke with warden Marty C. Allen regarding the incident and changing details; Warden Marty C. Allen stated to me "This is prison Hotrod" inmates are suppose to get stabbed" go back to work or go to lockdown...

Then on 07/05/13 while working my assigned detail as an orderly in (K-building Lockdown) the special management unit as myself and another orderly were loading the food trays for the evening meal, I was once again attacked and stabbed in the Hand, arm, and

## STATEMENT OF CLAIM (CONTINUED)   II

...side by the same inmate, who at the time was suppose to be locked and secured in his cell (K-1-79) upon speaking to warden Marty C. Allen regarding the situation; warden Marty C. Allen stated to me, "Damn Hotrod" your luck ain't about shit is it... I was then taken to (K-1-79) the special mangerment unit_____ Gary Lamar McCall Jr #728670

The defendant(s) violated my Eighth amendment of the constitution with Deliberate indifference by exposing me to a condition that poses an unreasonable risk of serious damage to my health...

*Gary L. McCall Jr #728670*

01 / 22 / 15

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Sgt Lamons, CO Pope, Sgt Smith, Rn Fraizer, & Rn Stevenson, Dr. Harris. Valdosta State Prison P.O. Box 310 Valdosta, Ga. 31603 (see statement of claim)

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I am seeking $75,000 for personal pain and suffering & $75,000 for mental and emotional distress, as well as warden Marty C. Allen resignation from the Georgia Department of Corrections.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 22 day of Jan, 20 15.

_____
PLAINTIFF