# ATTACHMENT 4

# Offender Grievance
### MCCALL, GARY LAMAR-GDC ID 728670

### Grievance No. 155526 - Status: APPEAL DENIED

Click here for printer friendly version.

| | | | |
|---|---|---|---|
| Facility Grievance Against: | **VALDOSTA STATE PRISON** | Grievance Type: | **FORMAL** |
| Grievance Date: | **08/06/2013** | Form Received Date: | **08/19/2013** |
| Expedited Grievance: | **NO** | Grievance Category: | **CONDITIONS OF CONFINEMENT** |
| Complaint/Resolution: | INMATE STATES: On 08/06/13 when I was brought back from asmp I was assigned to J-1 34, shich is also assigned to one of the head GF members shich is the same gang that inmate Reynolds is in, Reynolds attacked me on 6/12/13 & 7/5/13. RESOLUTION: I wish to speak t internal affairs because it appears that the officials here at V.S.P. are trying ot get me killed. | | |

## Persons Involved

| Name | GDC Relationship | Role | Comments or Medical Notes |
|---|---|---|---|
| Woods, Shunda M. | Employee | Directly Involved | Notes |

### No Incidents Involved

### RESOLUTION

| | | | |
|---|---|---|---|
| Status: | **REJECTED** | Status Date: | **08/20/2013** |
| Grievance Coordinator: | **MCKINNON, MELISSA** | | |
| Grievance Coordinator Comments: | Grievance filed out of time frames as outlined in policy. Past 10 days. | | |
| Status: | **REJECTED** | Status Date: | **08/20/2013** |
| Warden/Designee: | **KNOWLES, GAIL L** | | |
| Warden/Designee Comments: | Grievance filed out of time frames as outlined in policy. Past 10 days. | | |

### GRIEVANCE CLOSURE
Date Offender Notified: **09/25/2013**

### INITIATE APPEAL

| | | | |
|---|---|---|---|
| Date Appeal Received From Offender: | **09/26/2013** | Appeal Mailed Date: | **09/30/2013** |
| Lead Investigator: | **BURSE, WILLIAM ELIJAH** | | |

### APPEAL ASSIGNED

| | | | |
|---|---|---|---|
| Date Appeal Received By Inmate Affairs: | **10/09/2013** | Appeal Response Due Date: | **11/22/2013** |
| Assign to Investigator: | **STREETS, TIMOTHY D** | | |

Comments:

## INVESTIGATOR RESULTS

| | | | |
|---|---|---|---|
| Status Recommendation: | **DENIED** | Date: | **10/17/2013** |
| Investigator's Comments: | Grievance is rejected according to policy. Grievance filed outside time frames outlined in policy. | | |

## APPEAL RESULTS

| | | | |
|---|---|---|---|
| Status: | **DENIED** | Date: | **10/17/2013** |
| Lead Investigator's Comments: | Grievance appeal is denied. | | |

## APPEAL CLOSURE

Date Offender Notified: **11/07/2013**

© 1998 - 2002 Georgia Department of Corrections
Send your system questions and recommendations to us

FILED



# GEORGIA DEPARTMENT OF CORRECTIONS
VALDOSTA STATE PRISON
Shunda Woods, Chief Counselor
P.O. Box 310
Valdosta, Georgia 31603-0310
Information (229) 333-7079
Fax (229) 333-7960

#155526

**Nathan Deal**
*Governor*

**Brian Owens**
*Commissioner*

TO: __McCall, Gary__ __728670__ __J2-56__
   Inmate Name        GDC Number   Dorm/Room

FROM: Shunda Woods, Chief Counselor/Grievance Coordinator

DATE: __Aug. 20, 2013 (9-3-13)__

Per SOP IIB05-0001, attachment 8 the attached Formal Grievance is being rejected for the following reason(s).

1. More than one issue per grievance
2. Grievance filed out of time frames as outlined in policy  *(circled)*
3. Non-grievable issue:
   a. Does not affect the offender personally
   b. Parole Decision
   c. Issue outside the Department's control
   d. Disciplinary Report
   e. Disciplinary Hearing Procedure, punishment, fees, or assessments.
   f. Transfer of offender between Institution
   g. Routing Housing Assignment
   h. Involuntary Assignment to Administrative Segregation
   i. Co-Pay Charge for Health Care
   j. Changes to housing assignments, program assignments, or work assignments, unless there is an alleged threat to the offender's health or safety.
4. Grievance includes threats, profanity or racial slurs
5. Exceeded Grievance Filing Limit
6. Formal Grievance Form not Attached
7. Other: _____

Warden Response: REJECT ____ (YES) ____ NO

COMMENT: _____

__Gary McCall__                    __09/25/13__
I/M Signature                       Date

J-2/56



CONFIDENTIAL
Offender GRIEVANCE FORM (Facsimile)

Attachment 1
SOP IIB05-0001



INSTITUTIONAL STAFF USE ONLY
OFFENDER NAME: McCall, Gary   OFFENDER NUMBER: 728670
INSTITUTION: Valdosta State Prison   GRIEVANCE NUMBER: 155526
DATE COMPLETED FORM RECEIVED FROM OFFENDER: 8-19-2013   BY: Cozano
DATE APPEAL RECEIVED:

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On 08/06/13 when I was brought back from GMSP I was assigned to J-1 34, which is also assigned to one of the head GF members which is the same gang that inmate Reynolds is in, Reynolds attacked me on 6/12/13 & 7/5/13.

RESOLUTION REQUESTED: I wish to speak to internal affairs because it appears that the officials here at V.S.P. are trying to get me killed...

OFFENDER Signature: Gary McCall   Date: 08/06/13

Is this grievance being filed within the 10 day time limit? Please answer ⊗ Yes or ○ No. If the answer is No, please explain why.

---

RECEIPT FOR GRIEVANCE AT COUNSELOR'S LEVEL

OFFENDER'S NAME: _____   I.D. #: _____

I ACKNOWLEDGE RECEIPT OF GRIEVANCE FORM FROM THE ABOVE OFFENDER.

DATE: ___/___/___   COUNSELOR'S SIGNATURE _____

RETENTION SCHEDULE: - Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office.

PJ-2001 (REV. 10/01/98)

# WITNESS STATEMENT

| PLACE: Education | DATE: 08/19/13 | TIME: 1630 | FILE NUMBER: |
| LAST NAME, FIRST NAME, MIDDLE NAME: Woods, Shunda | EMPLOYEE ID NUMBER: 00696014 | | STATE ID NO. |
| INSTITUTION OR ADDRESS: Valdosta State Prison | | | |

## SWORN STATEMENT

I, **Counselor Woods**, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Inmate transferred to Augusta State Medical Prison on 08/01/2013. He was placed in cell J1-34 B upon arrival at VSP on 08/06/2013 and moved to J1-30T on 08/07/2013. End of statement.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT: SW | PAGE 1 OF 2 PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

STATEMENT (Continued)

~~[SW]~~

AFFIDAVIT

I, _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Shunda Woods_
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, 20___
at _____

INSTITUTION OR ADDRESS

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT   _SW_         PAGE 2 OF 1 PAGES

RETENTION SCHEDULE:

Upon completion, if this form, it will be placed in a file in the Grievance Coordinator's office.

GRIEVANCE APPEAL FORM                           ATTACHMENT 5
                                                SOP IIB05-0001

__McCall, Gary__                __728670__                __155526__
OFFENDER NAME                   I.D. NUMBER               GRIEVANCE NUMBER

I reject the Warden /Superintendent's response to my grievance. The basis for this appeal is as follows:

Turn my grievance in on time and also being housed in the smu living unit, there is no at home the option to walk to the counselor of the is a flip inmate counsel inmates housed in the smu living must wait for a counselor to make rounds

NOTE: The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. **If for some reason this appeal is being submitted later than the allotted time frame, please state clearly reasons why if you wish for this appeal to be considered.** This appeal form along with the grievance form must be submitted to your Counselor or Grievance Coordinator.

INMATE'S
SIGNATURE: __Gary McCall__                            DATE: __09/25/15__
                                                            (Reproduced locally)




# GEORGIA DEPARTMENT OF CORRECTIONS
**OFFICE OF INVESTIGATIONS & COMPLIANCE**
INMATE AFFAIRS AND OMBUDSMAN
P.O. BOX 1529
Forsyth GA 31029

Nathan Deal
*Governor*

Brian Owens
*Commissioner*

## GRIEVANCE APPEAL RESPONSE

| | | | |
|---|---|---|---|
| Offenders Name: | McCall, Gary Lamar | Grievance Number: | 155526 |
| GDC#: | 728670 | Facility | Valdosta State Prison |

A member of my staff has reviewed your grievance. Grievance # 155526 is rejected according to policy. This grievance was filed outside the time frame outlined in policy. Based on this information, your grievance is denied.

Ricky Myrick, Director
Investigations and Compliance

Lisa Fountain, by WEB
Lisa Fountain, Interim Manager
Inmate Affairs and Ombudsman

10-17-13
Date

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

Gary McCall
Offender's Signature

11/07/13
Date