# ATTACHMENT 5

# Offender Grievance
## MCCALL, GARY LAMAR-GDC ID 728670
### Grievance No. 157261 - Status: DENIED

Click here for printer friendly version.

| | | | |
|---|---|---|---|
| Facility Grievance Against: | VALDOSTA STATE PRISON | Grievance Type: | FORMAL |
| Grievance Date: | 09/12/2013 | Form Received Date: | 09/16/2013 |
| Expedited Grievance: | NO | Grievance Category: | ASSIGNMENT/CLASSIFICATION |
| Complaint/Resolution: | INMATE STATES: On 09/12/13 while housed in J-2 cell 56 in the SMU living unit, I was informed by counselor Shuna Woods that I was being placed on the Tier II program per Warden Marty C Allen due to me being attacked by inmate Reynols; I then asked counselor Shuna Woods if I was being punished for being attacked by another inmate and counselor Shuna Woods response was yes. RESOLUTION: Being that this is a direct violation of my constitutional rights according t the U.S.C. amendments 6-8, I request to speak with internal affairs. | | |

## Persons Involved

| Name | GDC Relationship | Role | Comments or Medical Notes |
|---|---|---|---|
| Woods, Shunda M. | Employee | Directly Involved | Notes |

## No Incidents Involved

### RESOLUTION

| | | | |
|---|---|---|---|
| Status: | NOT RESOLVED | Status Date: | 09/16/2013 |
| Resolution Comments: | | | |

### INVESTIGATION RESULTS

| | | | |
|---|---|---|---|
| Formal Process Initiated On: | 09/16/2013 | | |
| Institution Response Due Date: | 10/26/2013 | Ten Day Extension: | NO |
| Grievance Coordinator: | WOODS, SHUNDA | Date Coordinator Received: | 09/17/2013 |
| Investigator: | BUTLER, TIA | | |
| Investigator Response Due Date: | 09/26/2013 | Investigator Response Date: | 09/17/2013 |
| Recommendation Status: | DENIED | | |
| Grievance Coordinator Comments: | | | |
| Grievance Coordinator Report Date: | 09/27/2013 | | |

### LOCAL DISPOSITION RESULTS

| | | | |
|---|---|---|---|
| Disposition Status: | DENIED | Institution Response Date: | 10/02/2013 |
| Warden/Designee: | KNOWLES, GAIL L | | |

**Warden/Designee's Response:** Involuntary assignment to Segregation is not grievable.

**GRIEVANCE CLOSURE**
Date Offender Notified: 10/15/2013

**INITIATE APPEAL**

Date Appeal Received From Offender: [ ]                Appeal Mailed Date: [ ]

Lead Investigator: NONE

[SAVE] [CANCEL]

© 1998 - 2002 Georgia Department of Corrections
Send your system questions and recommendations to us

http://jscribe.dcor.state.ga.us:8888/grv/updGrv.do?isFromScribe=false&useCaseFirstUrl=u...   3/23/2015

# Offender Grievance
## MCCALL, GARY LAMAR-GDC ID 728670

### Grievance No. 189849 - Status: PENDING APPEAL INVESTIGATION RESULTS

Click here for printer friendly version.

| | | | |
|---|---|---|---|
| Facility Grievance Against: | **VALDOSTA STATE PRISON** | Grievance Type: | **FORMAL** |
| Grievance Date: | **01/20/2015** | Form Received Date: | **02/02/2015** |
| Expedited Grievance: | **NO** | Grievance Category: | **ASSIGNMENT/CLASSIFICATION** |

Complaint/Resolution: On 01/20/15 I sent Warden Emmons a statement form requesting protective custody due to me fearing for my well being because of the Crips, Bloods, GDs, Muslims and a number of correctional officers. Between 01/20/15 and 02/02/15 I have had a Crip, GD, and now a Blood as a assigned roommate in the Special management unit. RESOLUTION: Being that the administration here at the Valdosta State Prison violated my eighth amendment constitutional right by acting with deliberate indifference by placing me in a condition that is harmful or damaging to my wellbeing and health I would like to speak with Ms. Cynthia Nelson ASAP and inmate affairs.

### Persons Involved

| Name | GDC Relationship | Role | Comments or Medical Notes |
|---|---|---|---|
| Emmons, Shawn F | Employee | Directly Involved | Notes |

### No Incidents Involved

### RESOLUTION

| | | | |
|---|---|---|---|
| Status: | **NOT RESOLVED** | Status Date: | **02/02/2015** |
| Resolution Comments: | | | |

### INVESTIGATION RESULTS

| | | | |
|---|---|---|---|
| Formal Process Initiated On: | **02/02/2015** | | |
| Institution Response Due Date: | **03/14/2015** | Ten Day Extension: | **NO** |
| Grievance Coordinator: | **WOODS, SHUNDA** | Date Coordinator Received: | **02/19/2015** |
| Investigator: | **BROCKINGTON, SHANISE** | | |
| Investigator Response Due Date: | **02/12/2015** | Investigator Response Date: | **02/19/2015** |
| Recommendation Status: | **DENIED** | | |
| Grievance Coordinator Comments: | | | |
| Grievance Coordinator Report Date: | **02/25/2015** | | |

### LOCAL DISPOSITION RESULTS

| | | | |
|---|---|---|---|
| Disposition Status: | **DENIED** | Institution Response Date: | **02/27/2015** |

| | |
|---|---|
| Warden/Designee: | **KNOWLES, GAIL L** |
| Warden/Designee's Response: | Your request for Protective Custody was denied 2-5-15 because your claim of having been stabbed twice at VSP could not be supported. Incident reports indicate that you were invovled in 2 fights. One 6-12-13, with Inmate Joseph Reynolds and on 5-2-14 with Inmate Eric Kelley, neither of whom are housed at Valdosta State Prison. I can find nothing to support your claim. |

### GRIEVANCE CLOSURE
Date Offender Notified: **03/03/2015**

### INITIATE APPEAL
| | | | |
|---|---|---|---|
| Date Appeal Received From Offender: | **03/04/2015** | Appeal Mailed Date: | **03/04/2015** |
| Lead Investigator: | **BURSE, WILLIAM ELIJAH** | | |

### APPEAL ASSIGNED
| | | | |
|---|---|---|---|
| Date Appeal Received By Inmate Affairs: | **03/05/2015** | Appeal Response Due Date: | **05/01/2015** |
| Assign to Investigator: | **STREETS, TIMOTHY D** | | |
| Comments: | | | |

© *1998 - 2002 Georgia Department of Corrections*
Send your system questions and recommendations to us

Hump

CONFIDENTIAL  Attachment 1
Offender GRIEVANCE FORM (Facsimile)  SOP IIB05-0001

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME: McCall, Gary
OFFENDER NUMBER: 728670
INSTITUTION: Valdosta State Prison
GRIEVANCE NUMBER: 157261
DATE COMPLETED FORM RECEIVED FROM OFFENDER: 9-16-2013  BY: Lozano
DATE APPEAL RECEIVED:  BY:

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On 09/12/13 while housed in J-2 cell 56 in the SMU living unit, I was informed by counselor Shuna Woods that I was being placed on the Tier II progarm per Warden Marty C' Allen due to me being attacked by inmate Reynols; I then asked counselor Shuna Woods if I was being punished for being attacked by a-nother inmate and counselor Shuna Woods response was yes.

RESOLUTION REQUESTED: Being that this is a direct violation of my constitutional rights according to the U.S.C. amendments 6-8, I request to speak with internal-affairs.

OFFENDER Signature: Gary McCall #728670     Date: 09/12/13

Is this grievance being filed within the 10 day time limit? Please answer ● Yes or ○ No. If the answer is No, please explain why.

## STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION: VALDOSTA STATE PRISON                    DATE:      9/17/2013

TO:            GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM:     O. Humphries

---

OFFENDER: NAME:    **McCall, Gary**              GRIEVANCE# ___157261_____

GDC #:    728670

INMATE'S BASIC ALLEGATION OR COMPLAINT:

Inmate McCall alleges that on 9/12/2013, Mrs. Woods advised him that he was being placed in the Tier II program per Mr. Allen. Inmate then asked if he was being punished for being attacked by another Inmate and Mrs. Woods advised him, "Yes".

SUMMARY OF INVESTIGATION::    Mrs. Woods states that she did indeed perform the Tier II segregation hearing on the date in question. However, she advised Inmate McCall that he was being placed on this status, due to refusing housing assignment previously. Inmate was provided with proper forms to appeal this decision to the Warden. Also Mrs. Woods recommended that Inmate be reviewed for possible placement back into population. Recommend the grievance be denied at this level.

STAFF SIGNATURE: *Oscar Humphries*                    DATE: 9/17/2013

Concur with Staff Findings:   Yes: ☒   No: ☐
Grievance Coordinator: *S. Woods*
DATE: 09/17/13

(Reproduced locally)
RETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office

| | WITNESS STATEMENT | | |
|---|---|---|---|
| PLACE Education | DATE 09/16/13 TIME 1510 | | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Woods, Shunda | EMPLOYEE ID NUMBER 00694014 | | STATE ID NO. |
| INSTITUTION OR ADDRESS Valdosta State Prison | | | |

SWORN STATEMENT

I, Counselor Woods, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I informed inmate he was placed on Tier 2 program due to refusing housing since he was assaulted by inmate Reynolds, Joseph. Inmate stated, "I might as well come out then if I'm going to be lock down in Tier 2." I asked inmate why he wouldn't come out prior to 09/11/13 and he said, "because I was stabbed." I recommended inmate be reviewed to return to population on Tier 2 program classification committee

EXHIBIT

INITIALS OF PERSON MAKING STATEMENT SW

PAGE 1 OF 2 PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

ATTACHMENT 3
SOP IIB05-0001
5/15/2005

STATEMENT (Continued) form. End of statement.

SW

AFFIDAVIT

I, _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

Shunda Woods
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____, 20__
at _____

INSTITUTION OR ADDRESS

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

INSTITUTION OR ADDRESS

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT   SW    PAGE 2 OF 1 PAGES

RETENTION SCHEDULE:

Upon completion, if this form, it will be placed in a file in the Grievance Coordinator's office.

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name: **Gary Mccall**  Grievance Number: 157261

GDC #: **728670**  Facility: **Valdosta State Prison**

RESPONSE TO GRIEVANCE:

Involuntary assignment to Segregation is not grievable.

_Marty C. Allen_  10-2-13
Warden's/Superintendent's signature    (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_Gary Mccall_    10/15/13
Offender's signature    (date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

J-1/70

SOP IIB05-0001
Attachment 8



Nathan Deal
*Governor*



Brian Owens
*Commissioner*

**GEORGIA DEPARTMENT OF CORRECTIONS**
**FACILITY OPERATIONS**
State Offices South Tift Campus
Gibson Hall – 1st Floor
Forsyth, Georgia 31029
(478) 992-5101 – Fax (478) 992-5210

Memorandum

Date:

To:
    Warden/Superintendent

From:
    Grievance Coordinator

Re:    Grievance Resolution/Drop Form

The attached formal grievance # 157261 from Offender _____, GDC ID# _____ was received in my office.
The following action(s) has been taken:

☐ Grievance Resolved and no further action is needed
☐ Grievance Dropped by offender

Matter discussed:

The above was discussed with me and
☐ the problem is being resolved
☑ I wish to drop this grievance.

_Harry McCall_  10/15/13       _Oscar Humph_  10/15/13
Offender Signature    Date           Staff Signature    Date