# ATTACHMENT 6

**INSTITUTIONAL STAFF USE ONLY**

| OFFENDER NAME: _____ | OFFENDER NUMBER: 728670 |
| INSTITUTION: VALDOSTA STATE PRISON | GRIEVANCE NUMBER: 185599 |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER: _____ | BY: _____ |
| DATE APPEAL RECEIVED: 3-4-15 | BY: _____ |

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

On 01/20/15 I sent Warden Emmons a statement form requesting protective custody due to me fearing for my wellbeing because of the Crips, Bloods, Gds, muslims and a number of correctional officers. Between 01/20/15 and 02/02/15 I have had a Crip, Gd, and now a Blood as a assigned roommate in the special management unit...

RESOLUTION REQUESTED:

Being that the administration here at the Valdosta state prison violated my eighth amendment constitutional right by acting with deliberate indifferences by placing me in a condition that is harmful or damaging to my wellbeing and health I would like to speak with ms. Cynthia Nelson asap and inmate affairs.

OFFENDER Signature: _Larry (signature)_  #728670    Date: 02/02/15

Is this grievance being filed within the 10 day time limit? Please answer ⦿ Yes or ○ No. If the answer is No, please explain why.

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:  **Gary Mccall**          Grievance Number:     189849

GDC #:            **728670**              Facility:             **Valdosta State Prison**

RESPONSE TO GRIEVANCE:

Your request for Protective Custody was denied 2-5-15 because your claim of having been stabbed twice at VSP could not be supported. Incident reports indicate that you were involved in 2 fights. One 6-12-13, with Inmate Joseph Reynolds and on 5-2-14 with Inmate Eric Kelley, neither of whom are housed at Valdosta State Prison. I can find nothing to support your claim.

_____        2-27-15
Warden's/Superintendent's signature    (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____        3-3-15
Offender's signature            (date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

ATTACHMENT 2
SOP IIB05-0001

# STAFF LOCAL INVESTIGATIVE REPORT AND RECOMMENDATION FORM

INSTITUTION: VALDOSTA STATE PRISON          DATE: **2/19/15**

TO: GRIEVANCE COORDINATOR/ALTERNATE GRIEVANCE COORDINATOR

FROM: **S. Brockington**

---

OFFENDER: NAME: **McCall, Gary**          GRIEVANCE #189849

GDC #: **728670**

INMATE'S BASIC ALLEGATION OR COMPLAINT:

**Inmate alleges On 1/20/15 he sent Warden Emmons a statement form requesting protective custody.**

SUMMARY OF INVESTIGATION:
Deputy Warden Emmons received a letter from inmate requesting protective custody. Once a protective custody request is received it is sent to tier 1 counselor to begin an investigation. Once investigation is completed inmate will be notified. I recommend grievance be denied.

STAFF SIGNATURE: _[signature]_          DATE: 2/19/15

Concur with Staff Findings:  Yes: ☑  No: ☐

Grievance Coordinator: _S. Waoob_

DATE: 02/19/15

(Reproduced locally)
RETENTION SCHEDULE: Upon completion of this form, it will be placed in a file in the Grievance Coordinator's office

# WITNESS STATEMENT

| PLACE | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| Valdosta State Prison | 2/10/15 | 0850 | |

| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE ID NUMBER | STATE ID NO. |
|---|---|---|
| Emmons, Shawn | 00351809 | |

INSTITUTION OR ADDRESS

## SWORN STATEMENT

I, Shawn Emmons, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I recieved a letter from inmate McCall, Gary 728670 requesting Protective Custody from "Crips, Bloods, GD's, Muslims, and officers". Once a protective custody request is recieved it is sent to the tier I counselor to begin an investigation. Since inmate basically said he needed protective custody from nearly every inmate in the state, it will take some time. Inmate is a Validated member of Crips. Once investigation is complete inmate will be notified. End of Statement.

EXHIBIT

INITIALS OF PERSON MAKING STATEMENT: SE

PAGE 1 OF 1 PAGES

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

ATTACHMENT 3
SOP IIB05-0001
5/15/2005

STATEMENT (Continued)

[page crossed out with large X]

AFFIDAVIT

I, Shawn Emmons  HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE.  I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.  I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD,  WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

WITNESS authorized by law

_____, 20__

INSTITUTION OR ADDRESS

Oath)

Oath)
INSTITUTION OR ADDRESS

Subscribed and sworn to before me, a person to administer oaths, this ____ day of

at

(Signature of Person Administering Oath)

(Typed Name of Person Administering Oath)

(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT    SE    PAGE 2 OF ___ PAGES

RETENTION SCHEDULE:

Upon completion, if this form, it will be placed in a file in the Grievance Coordinator's office.

# Case Notes History Details
## MCCALL, GARY LAMAR-GDC ID 728670

BACK    NEXT

| Entry Date/Time: | 02/06/2015 10:27 AM |
|---|---|
| Contact Date/Time: | 02/05/2015 10:18:00 AM |
| Contact Type: | SPECIFIC CASE ACTION |
| Author: | ABRAM STAPLETON |

**PROTECTIVE CUSTODY REVIEW**

**Case Comment:**
Protective custody investigation completed on 02/06/15. Inmate alleges that he was put on the door for unknown reasons and that he had previously been stabbed twice while here at Valdosta State Prison. Findings of investigation are none. Protective Custody Denied; Inmate was stabbed while working as a segregation orderly. Inmate has lived in population

since the incident he is referring to, inmate will need to be more specific in his Protective Custody requests.

© *1998 - 2002 Georgia Department of Corrections*

Send your system questions and recommendations to us

Movement History
MCCALL, GARY LAMAR - GDC ID 728670

| Move Date | Move Type | Move Reason | Moved To Location |
|---|---|---|---|
| 08/16/2013 | BED MOVE | ADMINISTRATIVE | VALDOSTA SP J-2-56-B |
| 08/12/2013 | BED MOVE | MENTAL HEALTH | VALDOSTA SP H-1-31-B |
| 08/07/2013 | BED MOVE | ADMINISTRATIVE | VALDOSTA SP J-1-30-T |
| 08/06/2013 | GDC MOVE | MEDICAL | VALDOSTA SP J-1-34-B |
| 08/05/2013 | BED MOVE | MEDICAL | AUGUSTA STATE MED. PRISON 14B-4-35-B |
| 08/04/2013 | BED MOVE | MEDICAL | AUGUSTA STATE MED. PRISON NU-4A-16-B |
| 08/01/2013 | GDC MOVE | MEDICAL | AUGUSTA STATE MED. PRISON 14B-4-35-B |
| 07/17/2013 | BED MOVE | ADMINISTRATIVE | VALDOSTA SP J-1-77-T |
| 07/09/2013 | BED MOVE | MENTAL HEALTH | VALDOSTA SP H-1-29-B |
| 07/05/2013 | BED MOVE | DISCIPLINARY | VALDOSTA SP K-1-79-B |
| 05/15/2013 | GDC MOVE | ADMINISTRATIVE | VALDOSTA SP E-1-67-T |
| 03/18/2013 | BED MOVE | ADMINISTRATIVE | AUTRY STATE PRISON J-1-220-B |
| 02/15/2013 | BED MOVE | ADJUSTMENT | AUTRY STATE PRISON H-2-248-B |
| 12/13/2012 | BED MOVE | ADMINISTRATIVE | AUTRY STATE PRISON D-1-61-B |
| 12/10/2012 | BED MOVE | DISCIPLINARY | AUTRY STATE PRISON J-2-239-B |
| 10/23/2012 | BED MOVE | POPULATION REDISTRIBUTION | AUTRY STATE PRISON D-3-8-T |
| 08/10/2012 | BED MOVE | POPULATION REDISTRIBUTION | AUTRY STATE PRISON K-2-152-T |
| 08/09/2012 | BED MOVE | DISCIPLINARY | AUTRY STATE PRISON J-2-138-B |
| 08/08/2012 | BED MOVE | POPULATION REDISTRIBUTION | AUTRY STATE PRISON D-1-30-T |
| 07/23/2012 | BED MOVE | POPULATION REDISTRIBUTION | AUTRY STATE PRISON E-2-230-B |
| 07/05/2012 | BED MOVE | DISCIPLINARY | AUTRY STATE PRISON J-2-243-B |
| 04/24/2012 | GDC MOVE | ADMINISTRATIVE | AUTRY STATE PRISON D-1-2-T |
| 04/10/2012 | BED MOVE | MENTAL HEALTH | GA STATE PRISON DW-2-6-B |
| 03/27/2012 | ARRIVE EXTERNAL NON CUSTODY | RETURN FROM COURT | GA STATE PRISON G-2-5-T |
| 02/28/2012 | EXTERNAL NON CUSTODY | COURT PRODUCTION ORDER | OTC-CLAYTON CO, GA |
| 02/01/2012 | BED MOVE | ADMINISTRATIVE | GA STATE PRISON G-3-3-T |
| 01/30/2012 | BED MOVE | MENTAL HEALTH | GA STATE PRISON D-INF-16-B |

**MCCALL JR., GARY LAMAR – GDC ID 728670**

**Movement History**

| Move Date | Move Type | Move Reason | Move |
|---|---|---|---|
| 08/16/2013 | BED MOVE | ADMINISTRATIVE | VALD |
| 08/12/2013 | BED MOVE | MENTAL HEALTH | VALD |
| 08/07/2013 | BED MOVE | ADMINISTRATIVE | VALD |

GDC ID: 728670
Offender Name: MCCALL, GARY LAMAR
Probation Location:
Move Start Date: 08/07/2013
Last User Updated Date: 08/07/2013
Move From Location: VALDOSTA SP J-1-34-B
Move To Location: VALDOSTA SP J-1-30-T
Move Type: BED MOVE
Move Reason: ADMINISTRATIVE
Move Authorized By: SGT LAMONS
Comments:

| 08/06/2013 | GDC MOVE | MEDICAL | VALD |

© 1998 - 2002 Georgia Department of Corrections
Send your system questions and recommendations to us

Printed By: KNOWLES, GAIL
Feb 26, 2015 02:44 PM

Pages 1 of 3


Nathan Deal
*Governor*

# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

### Incident Report


Homer Bryson
*Commissioner*

### Incident Detail

| | |
|---|---|
| Facility: | VALDOSTA STATE PRISON |
| Military Time: | 06/12/2013 11:00 |
| Number: | 124978 |

| | | | |
|---|---|---|---|
| Incident Type: | MINOR | | |
| Use Of Force: | NO | Use Of Weapon: | NO |
| Nature of Incident: | INMATE TO INMATE ASSAULT | | |
| Wireless Devices Found: | 0 | | |
| Incident Location: | DORMITORY | | |
| Chemical Incident: | NO | Fire: | NO |
| Facility Mechanical Breakdown: | NO | | |
| Incident Video Taped By: | INCIDENT NOT VIDEO TAPED | | |
| Reporting Official: | DARRYL POPE CORRECTIONAL OFFICER | | |
| Property Damaged: | NO | Damage Amount: | 0 |
| Damage Description: | - | | |

Warden's Recomm./Comments:

Actions as needed.

Summary of Incident:

While doing my rounds in K-2 Building, I observed 2 inmates fighting near cell 15. I recognized on (Inmate McCall, Gary who is K-2 Building Orderly) fighting off Inmate Reynolds off the K-1 side of the building who was suppose to be in the Law Library Cage. Officer Edwards came in along with me Officer Pope to break up the fight and Code 1 was called. Sgt. Rodney Smith, Sgt. Lamons and Officer Fedd showed up on scene. Inmate Reynolds with 5 inch weapon assaulting Inmate McCall. Medical was notified and Supervisor was also notified.

### People Involved

#### Staff
EDWARDS, TRAVIS A. - 1059515

| Involvement | Injured? | Adverse Action Taken? | Use of Force | Weapon Type | Weapon Reason | Weapon Serial No | Weapon Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|---|
| DIRECTLY INVOLVED | No | No | No | - | - | - | - | - | No |

Comments: On 6/12/13 around 0930 while just finishing running yard call for K-1 dorm, the K-2 Officer and I entered K-2 to start running yard call when I observed Inmate Reynolds, Joseph in a

physical altercation with Inmate McCall, Gary (K-2- Orderly) inside of K-2-15 cell, which was vacant at the time. While I approached the 2 fighting, I observed a shank (homemade knife) in Inmate Reynolds, Joseph right hand. I then drew my baton and ordered Inmate Reynolds, Joseph to drop the shank. While both inmates were still interlocked, Inmate Reynolds complied with my instructions and dropped the shank, therefore no force was needed. At that time, Sgt. Smith arrived along with other officers to backup with the situation and both inmates ended their assaults on each other. I then assisted in escorting Inmate McCall, Gary from K-2 to K-Building rec cages. He was then later escorted to Medical and release back to his dorm while Inmate Reynolds, Joseph was escorted to K-1-38, later to be placed on strip cell. Inmate Reynolds, Joseph was placed in the interview cage for Law Library Session, locked and secured. The only explanation is he sled through the flap tat is used to place and remove handcuffs from inmates and for inmates to accept legal work through. The action taking by Inmate Reynolds, Joseph was confirmed by the Law Library Aid (Inmate Bingham, Randall).

**FEDD, CERRY EDWARD - 1053773**

| Involvement | Injured? | Adverse Action Taken? | Use of Force | Weapon Type | Weapon Reason | Weapon Serial No | Weapon Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|---|
| DIRECTLY INVOLVED | No | No | No | - | - | - | - | - | No |

Comments: I responded to the Code 1 in K-2. I assisted in escorting Inmate Reynolds from K-2 to K-1-38.

**LAMONS, GEORGE G. - 1046833**

| Involvement | Injured? | Adverse Action Taken? | Use of Force | Weapon Type | Weapon Reason | Weapon Serial No | Weapon Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|---|
| DIRECTLY INVOLVED | No | No | No | - | - | - | - | - | No |

Comments: I assisted in escorting Inmate McCall, Gary #728670 from K-2 to Medical ER to be checked by Medical.

**POPE, DARRYL CHRISTOPHER - 1065692**

| Involvement | Injured? | Adverse Action Taken? | Use of Force | Weapon Type | Weapon Reason | Weapon Serial No | Weapon Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|---|
| DIRECTLY INVOLVED | No | No | No | - | - | - | - | - | No |

Comments: While doing my rounds in K-2 Building, I observed 2 inmates fighting near cell 15. I recognized on (Inmate McCall, Gary who is K-2 Building Orderly) fighting off Inmate Reynolds off the K-1 side of the building who was suppose to be in the Law Library Cage. Officer Edwards came in along with me Officer Pope to break up the fight and Code 1 was called. Sgt. Rodney Smith, Sgt. Lamons and Officer Fedd showed up on scene. Inmate Reynolds with 5 inch weapon assaulting Inmate McCall. Medical was notified and Supervisor was also notified

Printed By: KNOWLES, GAIL                                                                    Pages  3  of  3
Feb 26, 2015 02:44 PM

SMITH, RODNEY WILLARD - 1030943

| Involvement | Injured? | Adverse Action Taken? | Use of Force | Weapon Type | Weapon Reason | Weapon Serial No. | Weapon Cert. Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|---|
| DIRECTLY INVOLVED | No | No | No | - | - | - | - | - | No |

Comments: On 6/12/13 at 0928, I responded to a Code 1 (inmates fighting) in K-2. Upon my arrival from K-1, I observed Inmate Reynolds, Joseph #1224247 fighting with Inmate McCall, Gary 728670 near cell K-2-15. Inmate Reynolds was compliant with my instructions and I placed him on the floor and secured him in handcuffs. I then assisted in escorting him over to K-1 and placed him in cell K-1-38. An approximately 5 inch long weapon was recovered and was used by Inmate Reynolds against Inmate McCall. Upon investigating what had occurred, I questioned Officer Pope who stated that Inmate Reynolds was brought over from K-1-79 and placed in the Law Library Cage for his legal library time. A check of the logbook confirms this. Inmate Bingham, Randall 1158793 was questioned because he is the Law Library Aide and was present in K-2 and he stated to me that Inmate Reynolds climbed through the flap in the Interview Cage. The Law Library Cage is no longer in use per Mr. Terrell until it can be modified. Also, per Mr. Terrell, I placed Inmate Reynolds on strip cell status in K-1-38 at 1050. Mental Health Counselor Carpenter cleared Inmate Reynolds and he was checked by Medical.

## Offenders

MCCALL, GARY LAMAR - 728670

| Involvement | Injured? | Disciplinary Filed? | Weapon Used | Sexual Allegat | Reviewed Vid |
|---|---|---|---|---|---|
| DIRECTLY INVOLVED | Yes | Yes | - | No | No |

Comments: While working in K-2 an inmate ran out of the Law Cage and stabbed me.

REYNOLDS, JOSEPH - 1224247

| Involvement | Injured? | Disciplinary Filed? | Weapon Used | Sexual Allegat | Reviewed Vid |
|---|---|---|---|---|---|
| DIRECTLY INVOLVED | No | Yes | 5 INCH LONG HOMEMADE WEAPON | No | No |

Comments: Per Sgt. Ervin L. Arrendale writes: Inmate Reynolds refused to make any statement.

## Civilians

ELIZABETH KNOWLES LPN    DIRECTLY INVOLVED         Video Reviewed
Comments: Inmate McCall - Small abrasion on left shoulder.

```
Printed By: KNOWLES, GAIL                                              Pages  1  of  2
Feb 26, 2015 02:43 PM
```



# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA

### Incident Report



Nathan Deal  
*Governor*

Homer Bryson  
*Commissioner*

## Incident Detail

| | |
|---|---|
| Facility: | VALDOSTA STATE PRISON |
| Military Time: | 05/02/2014 16:05 |
| Number: | 148165 |

| | | | |
|---|---|---|---|
| Incident Type: | MINOR | | |
| Use Of Force: | NO | Use Of Weapon: | NO |
| Nature of Incident: | INMATE TO INMATE ASSAULT,DISRUPTIVE BEHAVIOR,DISRUPTIVE EVENT | | |
| Wireless Devices Found: | 0 | | |
| Incident Location: | DORMITORY | | |
| Chemical Incident: | NO | Fire: | NO |
| Facility Mechanical Breakdown: | NO | | |
| Incident Video Taped By: | INCIDENT NOT VIDEO TAPED | | |
| Reporting Official: | OFFICER ANTHONY SANCHEZ | | |
| Property Damaged: | NO | Damage Amount: | 0 |
| Damage Description: | - | | |

**Warden's Recomm./Comments:**

Actions as needed.

**Summary of Incident:**

On the above date and time while working C-Building, I (Officer Sanchez) observed Inmate McCall, Gary #1097972 striking Inmate Kelly, Eric #1301212 with his right hand closed fist to the right side of Inmate Kelley's face. A Code 1 was called (inmates fighting). Supervisors and available officers arrived. Both inmates were separated and handcuffed. Both inmates were checked by Medical and escorted to lockdown. Supervisor notified.

Note: Inmate Gary McCall GDC#728670

## People Involved

### Staff

SANCHEZ, ANTHONY - 1070223

| Involvement | Injured? | Adverse Action Taken? | Use of Force | Weapon Type | Weapon Reason | Weapon Serial No | Weapon Cert Date | Amo Type | Reviewed Video |
|---|---|---|---|---|---|---|---|---|---|
| DIRECTLY INVOLVED | No | No | No | - | - | - | - | - | No |

Comments: On the above date and time while working C-Building, I (Officer Sanchez) observed Inmate McCall, Gary #1097972 striking Inmate Kelly, Eric #1301212 with his right hand closed fist to the right side of Inmate Kelley's face. A Code 1 was called (inmates fighting). Supervisors

Printed By: KNOWLES, GAIL                                                                Pages  2  of  2
Feb 26, 2015 02:43 PM

and available officers arrived. Both inmates were separated and handcuffed. Both inmates were checked by Medical and escorted to lockdown. Supervisor notified.

## Offenders

**KELLEY, ERIC DEON - 1301212**

| Involvement | Injured? | Disciplinary Filed? | Weapon Used | Sexual Allegat | Reviewed Vid |
|---|---|---|---|---|---|
| DIRECTLY INVOLVED | No | No | - | No | No |

Comments: Per Lt. Delisha Manning writes:  Inmate Kelley, Eric refused to make a statement about the events of 5/2/14 at 1605 hrs.

**MCCALL, GARY LAMAR - 728670**

| Involvement | Injured? | Disciplinary Filed? | Weapon Used | Sexual Allegat | Reviewed Vid |
|---|---|---|---|---|---|
| DIRECTLY INVOLVED | No | Yes | - | No | No |

Comments: Per Lt. Delisha Manning writes:  Inmate McCall, Gary refused to make a statement about the alleged assault on 5/2/14.

## Civilians

ANITA EVANS    LPN            DIRECTLY INVOLVED        Video Reviewed

Comments: McCall, Gary has no visible injuries noted.  Kelley, Eric has no visible injuries.

# Case Notes History Details
**MCCALL, GARY LAMAR-GDC ID 728670**

BACK   NEXT

| Entry Date/Time: | 02/06/2015 10:27 AM |
|---|---|
| Contact Date/Time: | 02/05/2015 10:18:00 AM |
| Contact Type: | SPECIFIC CASE ACTION |
| Author: | ABRAM STAPLETON |

**PROTECTIVE CUSTODY REVIEW**

**Case Comment:**
Protective custody investigation completed on 02/06/15. Inmate alleges that he was put on the door for unknown reasons and that he had previously been stabbed twice while here at Valdosta State Prison. Findings of investigation are none. Protective Custody Denied; Inmate was stabbed while working as a segregation orderly. Inmate has lived in population since the incident he is referring to, inmate will need to be more specific in his Protective Custody requests.

© 1998 - 2002 Georgia Department of Corrections
Send your system questions and recommendations to us

GRIEVANCE APPEAL FORM

ATTACHMENT 5
SOP IIB05-0001

Gary L McCall
OFFENDER NAME

728670
I.D. NUMBER

189489
GRIEVANCE NUMBER

I reject the Warden /Superintendent's response to my grievance. The basis for this appeal is as follows: Warden Marty C. Allen is a pathological liar who's being hypocritically bias towards me regarding any situation that I present to him due to me filing a civil lawsuit against him and the department of correction. Also on my statement form requesting protective custody I stated that I feared the Crips, Bloods, Gds, muslims and a number of correctional officers which includes Warden Marty C. Allen. As an inmate being detained by the department of correction I have a constitutional right to protection from constant threat of physical assault...

NOTE:  The option to appeal a proposed resolution rests with the grievant. All grievances indicating a desire for appeal will be forwarded to the next level. However, to allow a full review of all issues the grievant wishes considered, he or she should state these reasons clearly in the appeal. Statements such as "not satisfied" or "appeal further" will result only in a general review. <u>If for some reason this appeal is being submitted later than the allotted time frame, please state clearly reasons why if you wish for this appeal to be considered.</u>  This appeal form along with the grievance form must be submitted to your Counselor or Grievance Coordinator.

INMATE'S SIGNATURE: _Gary L McCall #728670_   DATE: _____

(Reproduced locally)