IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| GARY LAMAR McCALL, JR., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION FILE NO. |
| | : | 7:15-CV-12 |
| MARTY C. ALLEN | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO STAY PROCEEDINGS AND
BRIEF IN SUPPORT**

COMES NOW Defendant Warden Marty Allen ("Warden Allen"), pursuant to Fed. R. Civ. P. 26(b)(2)(C)(iii) and Fed. R. Civ. P. 26(d) and by and through the undersigned counsel, the Attorney General for the State of Georgia, and submits this Motion to Stay Proceedings and Brief in Support.

**ARGUMENT AND CITATION OF AUTHORITY**

The Federal Rules of Civil Procedure encourage a trial court to limit discovery on its own or on the motion of a party when:

> [T]he burden or expense of the proposed discovery outweighs its likely benefit, considering the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the action, and the importance of the discovery in resolving the issues.

Fed. R. Civ. P. 26(b)(2)(C) (stating the court "must limit the frequency or extent of discovery" when such a determination is made); see also Panola Land Buyers Ass'n. v. Shuman, 762 F.2d 1550, 1558-59 (11th Cir. 1985). Rule 26 gives trial courts broad discretion to alter the sequence of discovery for the convenience of the parties and in the interests of justice. Fed. R. Civ. P.

26(d). The Eleventh Circuit has instructed that, when a pending motion challenges the legal sufficiency of a claim, discovery should be stayed until the motion is resolved. See Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1367 (11th Cir. 1997); accord Shuman, 762 F.2d at 1560 (noting courts' "broad discretion to stay discovery pending a decision on a dispositive motion").

Here, Warden Allen has filed a Motion to Dismiss challenging the legal sufficiency of Plaintiff's Complaint. A favorable ruling on the motion would resolve the case and render discovery unnecessary. Thus, in the interests of efficiency and justice, and in order to avoid undue costs and burdens of discovery, the Court should stay any discovery in this action pending a final disposition of the Motion to Dismiss.

## **CONCLUSION**

For these reasons, Warden Allen respectfully requests that the Court stay discovery in this matter until his Motion to Dismiss is adjudicated. Warden Allen has attached a proposed order.

Respectfully submitted this 23rd day of April, 2015.

|  |  |
|---|---|
| SAMUEL S. OLENS | 551540 |
| Attorney General | |
| | |
| KATHLEEN M. PACIOUS | 558555 |
| Deputy Attorney General | |
| | |
| /s/ Devon Orland | |
| DEVON ORLAND | 554301 |
| Senior Assistant Attorney General | |
| | |
| /s/ Ellen Cusimano | |
| ELLEN CUSIMANO | 844964 |
| Assistant Attorney General | |

Please Address All Communications To:
Ellen Cusimano
Assistant Attorney General

40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 463-8850
Facsimile: (404) 651-5304
E-mail: ecusimano@law.ga.gov

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed **DEFENDANT'S MOTION TO STAY PROCEEDINGS AND BRIEF IN SUPPORT** with the Clerk of Court using the CM/ECF system, and served the same on Plaintiff by depositing a copy thereof, postage prepaid, in the United States Mail, properly addressed to the following:

> Gary McCall, Jr.
> GDC No. 728670
> Valdosta State Prison
> P.O. Box 310
> Valdosta, GA 31603

This 23rd day of April, 2015.

> /s/ Ellen Cusimano
> Ellen Cusimano