IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GARY LAMAR MCCALL, JR., | : |
| Plaintiff, | : |
| VS. | : |
| | : 7 : 15-CV-12 (HL) |
| Warden MARTY ALLEN, | : |
| Defendant. | : |

# ORDER

Defendant Allen has moved to stay discovery proceedings herein until the Court resolves the pending Motion to Dismiss. (Doc. 13). In light of the argued bases for the Defendant's Motion to Dismiss, the Defendant's Motion to Stay Discovery is **GRANTED IN PART**, as follows: Discovery is stayed only until the pending Motion to Dismiss has been resolved by Order of the district judge or until other Order of the Court, except that discovery may now proceed as to the issues presented in the pending Motion to Dismiss regarding Plaintiff's exhaustion of administrative remedies. If any part of the case remains pending, the 90-day discovery period referenced in the Court's Order filed February 17, 2015 shall begin on the date the District Judge files an order adjudicating the pending Motion to Dismiss.

**SO ORDERED**, this 24th day of April, 2015.

s/ *THOMAS Q. LANGSTAFF*
**UNITED STATES MAGISTRATE JUDGE**

asb